No. 253.  UNITED STATES *v.* PENN FOUNDRY & MANU-
FACTURING Co., INC.  Court of Claims.  Certiorari
granted.  *Solicitor General Perlman* for the United
States.  *Robert H. McNeill, David G. Bress, T. Bruce
Fuller* and *Sheldon E. Bernstein* for respondent.

No. 258.  NATIONAL LABOR RELATIONS BOARD *v.* PITTS-
BURGH STEAMSHIP Co.  C. A. 6th Cir.  Certiorari
granted.  *Solicitor General Perlman* for petitioner.
*Frederick L. Leckie* for respondent.

No. 298.  DEFENSE SUPPLIES CORP. ET AL. *v.* LAWRENCE
WAREHOUSE Co. ET AL.  C. A. 9th Cir.  Certiorari
granted.  *Solicitor General Perlman* for petitioners.  *W. F.
Williamson* and *W. R. Wallace, Jr.* for the Lawrence
Warehouse Co.; and *Morris Lavine* for the Capitol Chev-
rolet Co., respondents.

No. 255.  EISLER *v.* UNITED STATES.  United States
Court of Appeals for the District of Columbia Circuit.
Certiorari granted.  MR. JUSTICE BURTON took no part
in the consideration or decision of this application.  *David
Rein, Abraham J. Isserman, Carol King* and *Joseph Forer*
for petitioner.  *Solicitor General Perlman, Robert S.
Erdahl* and *Harold D. Cohen* for the United States.  *Rob-
ert W. Kenny* filed a brief for the National Lawyers
Guild, as *amicus curiae,* supporting the petition.

No. 269.  RULLÁN *v.* BUSCAGLIA, TREASURER OF PUERTO
RICO.  C. A. 1st Cir.  Certiorari denied.  *Francis A. Ma-*